# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.                                                                               CASE NO. 22-40059-TC

**CHANCE JAMES JOHN HANNON,**

   **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Possession with the Intent to Distribute a Controlled Substance**
**[21 U.S.C. § 841(a)(1)]**

On or about July 24, 2022, in the District of Kansas, the defendant,

**CHANCE JAMES JOHN HANNON,**

knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL.

September 14, 2022                             s/Foreperson
DATE                                           FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
UNITED STATES ATTORNEY


By: /s/ Lindsey C. Debenham
Lindsey C. Debenham
Special Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: Lindsey.Debenham@usdoj.gov
Ks. S. Ct. No. 27574


> IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## **PENALTIES**

### Count 1

- Punishable by a term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years.  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million.  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).